APPEAL No. 76-202. STATE *v.* GRACE C. CRESCENZO. The petition to reargue is denied.

Mr. Justice Kelleher did not participate. *Julius C. Michaelson*, Attorney General, *Nancy Marks Rahmes*, Special Assistant Attorney General, for plaintiff. *Nugent & Nugent, J. Joseph Nugent, Sr.*, for defendant.

APPEAL No. 76-450. STILLMAN TIRE COMPANY, SIMS TIRE CO. *v.* COLONIAL DISCOUNT TIRE COMPANY, INC. This case is before this court on a motion to affirm pursuant to Rule 16(g). The parties submit that there are mathematical discrepancies between the record and the judgment. Therefore, this case and all the papers belonging thereto are remanded to the Superior Court for clarification and correction.

This court shall retain jurisdiction. After correction by the Superior Court this case shall be returned to this court forthwith for further proceedings. *Alton W. Wiley*, for plaintiff. *Testa and Pezza, Raymond R. Pezza*, for defendant.

APPEAL No. 77-96. MURIEL JEANNETTE FALARDEAU *v.* JOHN ALFRED FALARDEAU. The motion to affirm pursuant to Rule 16(g) is granted. *Lavine and Sutherland, Joseph DiGianfilippo*, for plaintiff-appellee. *Richard R. Ackerman, Inc.*, for defendant-appellant.

APPEAL No. 77-176. CORSO BROTHERS CORP., *et al. v.* NELSON CONSTRUCTION CO., INC., *et al.* The plaintiffs' motion to dismiss the defendants' appeal is granted. *Abedon & Visconti Ltd., Girard R. Visconti*, for plaintiffs. *John W. Kershaw*, (for American Employers Insurance Company), for defendant.